UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-7118-CBM-JPRx | Date | June 21, 2024 |
| Title | United States of America et al. v. Shareghi et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:    IN CHAMBERS- ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On July 31, 2020, Relator filed this qui tam action. On October 14, 2021, the government filed its Notice of Election to decline intervention. (Dkt. No. 17.)

The last filing in this action by the Relator was on December 16, 2023 regarding a notice of lodging of a proposed order for the parties' stipulation to dismiss claims under the California Insurance Fraud Prevention Act, which was approved by the Court. (Dkt. Nos. 84, 85.) The final pretrial conference in this action is set for June 25, 2024, and the jury trial is set for July 30, 2024. (Dkt. No. 81.) However, no proposed pretrial conference order has been filed. (*See* L.R. 16-7 (Final pretrial conference order shall be lodged with the clerk 11 days before the date set for the final pretrial conference).) Therefore, the pretrial conference and jury trial dates are VACATED.

Relator is ORDERED TO SHOW CAUSE **no later than July 1, 2024** why this action should not be dismissed without prejudice for failure to prosecute.

The clerk shall provide a copy of this Order to the government.

**IT IS SO ORDERED.**